UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| MERIDIAN FINANCIAL ADVISORS, LTD. D/B/A THE MERIDIAN GROUP, | ) ) ) | |
| Plaintiff, | ) ) | |
| vs. | ) ) | NO. 1:07-cv-00995-LJM-TAB |
| JOSEPH A. PENCE, SCOTT HALL, NAVICOMM LLC, NAVICOMM, LTD, ICOE LTD, T3A LLC, BT&M INVESTMENTS LLC, RFE LLC, THE PERISOS GROUP LLC, | ) ) ) ) ) ) ) ) ) ) | |
| Defendants. | ) | |

**ORDER ON THE EMPLOYEE DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**

Before the Court is defendants', Robert Treash, Daniel Rohn, and Graham Cohen (collectively "Employee Defendants"), Motion for Summary Judgment (Dkt. No. 423). Pursuant to settlement agreements with plaintiff, Meridian Financial Advisors, Ltd. ("Plaintiff"), Plaintiff has agreed to dismiss Employee Defendants from this case. Dkt. No. 450, 451, 452. Therefore, Employee Defendants' Motion for Summary Judgment (Dkt. No. 423) is hereby **DISMISSED as moot**.

IT IS SO ORDERED this 3rd day of September 2010.

_____
LARRY J. McKINNEY, JUDGE
United States District Court
Southern District of Indiana

Distribution to:

George William Bills Jr.
LAW OFFICE OF G. WILLIAM BILLS, JR.
gwilliambills@yahoo.com

Kathleen A. Gallagher
ECKERT SEAMANS CHERIN & MELLOTT LLC
kgallagher@eckertseamans.com

Sandy B. Garfinkel
ECKERT SEAMANS CHERIN & MELLOTT, LLC
sgarfinkel@eckertseamans.com

Gregg Heinemann Jr.
ECKERT SEAMANS CHERIN & MELLOTT, LLC
gheinemann@eckertseamans.com

Max W. Hittle Jr.
KRIEG DEVAULT, LLP
mhittle@kdlegal.com

Carol Nemeth Joven
PRICE WAICUKAUSKI & RILEY
cnemeth@price-law.com

Thomas Livingston
OFFICE OF THE FEDERAL PUBLIC DEFENDER
thomas_livingston@fd.org

C. Kent May
ECKERT SEAMANS CHERIN & MELLOTT, LLC
kmay@eckertseamans.com

Craig Morris McKee
WILKINSON GOELLER MODESITT WILKINSON & DRUMMY
cmmckee@wilkinsonlaw.com

Stephen S. Stallings
STALLINGS LLC
sstallings@stallings-law.com

Jana K. Strain
GEIGER CONRAD & HEAD, LLP
jana.strain@gch-law.com

Ronald J. Waicukauski
PRICE WAICUKAUSKI & RILEY
rwaicukauski@price-law.com

Ann Marie Waldron
awaldron@rwylaw.com

John H. Williams Jr.
ECKERT SEAMANS CHERIN & MELLOTT, LLC
jwilliams@eckertseamans.com

SCOTT HALL
308 Blue Quail Ct.
Bedford, TX 76021