UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| MERIDIAN FINANCIAL ADVISORS LTD, | ) | |
| d/b/a THE MERIDIAN GROUP, as Receiver | ) | |
| for OCMC, INC., | ) | |
|     Plaintiff, | ) | |
| | ) | |
| vs. | ) | 1:07-cv-995-LJM-TAB |
| | ) | |
| JOSEPH A. PENCE, et al., | ) | |
|     Defendants. | ) | |

**ORDER ON PLAINTIFF'S MOTION TO STRIKE
DEFENDANT PENCE'S DISCOVERY REQUESTS**

Plaintiff moves to strike Defendant Pence's March 30, 2011, discovery requests generally seeking information about Plaintiff's attorney's fees. [Docket No. 522.] Defendant opposes Plaintiff's motion in part because Plaintiff has not yet responded to his requests in any way. Defendant also questions Plaintiff's meet-and-confer attempt, which Defendant characterizes as simply a demand that he withdraw his discovery altogether.

Defendant's position is correct and is consistent with the Court's previous requirement that Defendant respond to Plaintiff's discovery with objections. [Docket No. 530 at 5 n.3.] Plaintiff describes the discovery requests at issue with terms such as "outrageous" and "inappropriate." [Docket No. 522 at 2.] Even if these descriptions ultimately prove to be accurate, firing off a motion to strike in response to a discovery request is not appropriate. *See Meharg v. I-Flow Corp.*, No. 1:08-cv-000184-DFH-TAB, 2009 WL 1867696, at *1 n.2 (S.D. Ind. June 26, 2009) ("In addition to the fact that the Court is vexed by the number of overlapping and bellicose discovery motions filed . . . in this case, 'motions to strike are disfavored . . . because they potentially serve only to delay.'").

Therefore, within 28 days Plaintiff shall respond to Defendant's discovery by producing documents or making objections, or perhaps by moving for a protective order under Federal Rule of Civil Procedure 26(c). Regardless of Plaintiff's course of action, any future discovery-related motion must be proceeded by a good faith attempt to resolve the dispute informally as required by Local Rule 37.1. Plaintiff's motion to strike Defendant's discovery requests is denied. [Docket No. 522.]

Dated: 05/09/2011

_____
Tim A. Baker
United States Magistrate Judge
Southern District of Indiana

Copies to:

George William Bills Jr.
LAW OFFICE OF G. WILLIAM BILLS, JR.
gwilliambills@yahoo.com

Jeffrey R. Gaither
BOSE MCKINNEY & EVANS, LLP
jgaither@boselaw.com

Kathleen A. Gallagher
ECKERT SEAMANS CHERIN & MELLOTT LLC
kgallagher@eckertseamans.com

Sandy B. Garfinkel
ECKERT SEAMANS CHERIN & MELLOTT, LLC
sgarfinkel@eckertseamans.com

Gregg Heinemann Jr.
ECKERT SEAMANS CHERIN & MELLOTT, LLC
gheinemann@eckertseamans.com

Max W. Hittle Jr.
KRIEG DEVAULT, LLP
mhittle@kdlegal.com

Carol Nemeth Joven
PRICE WAICUKAUSKI & RILEY
cnemeth@price-law.com

Thomas Livingston
OFFICE OF THE FEDERAL PUBLIC DEFENDER
thomas_livingston@fd.org

C. Kent May
ECKERT SEAMANS CHERIN & MELLOTT, LLC
kmay@eckertseamans.com

Craig Morris McKee
WILKINSON GOELLER MODESITT WILKINSON & DRUMMY
cmmckee@wilkinsonlaw.com

Stephen S. Stallings
STALLINGS LLC
sstallings@stallings-law.com

Jana K. Strain
GEIGER CONRAD & HEAD, LLP
jana.strain@gch-law.com

Ronald J. Waicukauski
PRICE WAICUKAUSKI & RILEY
rwaicukauski@price-law.com

Ann Marie Waldron
awaldron@rwylaw.com

John H. Williams Jr.
ECKERT SEAMANS CHERIN & MELLOTT, LLC
jwilliams@eckertseamans.com

SCOTT HALL
308 Blue Quail Ct.
Bedford, TX 76021